## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON,<br><br>                    Plaintiff,<br><br>    v.<br><br><br>QURATE RETAIL GROUP dba HSN, INC. dba FRONTGATE MARKETING, INC. and DOES 1-5,<br><br>                    Defendant. | Case No. 1:19-cv-12232 |

## STIPULATION FOR DISMISSAL

Plaintiff, FREDERICKA NELLON, and Defendant, QURATE RETAIL GROUP dba HSN, INC. dba FRONTGATE MARKETING, INC., by and through their undersigned counsel, hereby stipulate that:

1.     This action shall be DISMISSED, with prejudice, as between all parties, and;

2.     Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 17, 2020

BLOCK & LEVITON LLP                    SEYFARTH SHAW, LLP

By:   _/s/ Jason M. Leviton_          By:   _/s/ Minh N. Vu_
Jason M. Leviton, Esq                  Minh N. Vu, Esq.
260 Franklin Street, Suite 1860        975 F Street, N.W.
Boston, MA 02110                       Washington, DC 20004

*Attorneys for Plaintiff*              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 17th day of January, 2020.

*/s/ Jason M. Leviton*
JASON M. LEVITON
